**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Glide Logistics, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3135783** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **17758 S Robet Emmett Dr**<br>**Homer Glen, IL 60491**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Will**<br>County | **Location of principal assets, if different from principal place of business**<br>**The Debtor's principal assets are trucks and trailers whose location varies on the road.**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

Debtor    **Glide Logistics, Inc.**                                          Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

■ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Glide Logistics, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11.   Why is the case filed in *this district*?**

*Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.   Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13.   Debtor's estimation of available funds**

*Check one:*

☒  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.   Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.   Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.   Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Glide Logistics, Inc.**                                                    Case number (*if known*)
Name

- ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Glide Logistics, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 2, 2025**
            MM / DD / YYYY

**X** /s/ Alina Nastas                                          **Alina Nastas**
_____                          _____
Signature of authorized representative of debtor          Printed name

Title   **President**
       _____

**18. Signature of attorney**

**X** /s/ Keevan D. Morgan                              Date  **March 2, 2025**
_____                                MM / DD / YYYY
Signature of attorney for debtor

**Keevan D. Morgan**
_____
Printed name

**Morgan & Bley, Ltd.**
_____
Firm name

**900 W. Jackson Blvd.**
**Suite 4 East**
**Chicago, IL 60607**
_____
Number, Street, City, State & ZIP Code

Contact phone   **3122430006**          Email address   **kmorgan@morganandbleylimited.com**

**1958844 IL**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Glide Logistics, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 2, 2025**     X */s/ Alina Nastas*
                                   Signature of individual signing on behalf of debtor

                                     **Alina Nastas**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Glide Logistics, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express P.O. Box 6031 Carol Stream, IL 60197-6031** | | | **Disputed** | | | **$13,393.93** |
| **Arrow Roadrunner Pilot Car Srv LLC 708 CR 2140 Quitman, TX 75783** | | **Driver** | **Disputed** | | | **$6,407.50** |
| **CTC Pilot Cars LLC 87 Arias Way Hot Springs Village, AR 71909** | | **Driver** | **Disputed** | | | **$3,755.60** |
| **E.T. Transport, LLC 2543 Hanway Avenue Casper, WY 82604** | | **Driver** | **Disputed** | | | **$962.50** |
| **First Citizens Bank & Trust Company 155 Commerce Way Portsmouth, NH 03801** | kristopher.tozier@cit.com | **2017 Telehandler; 2YD QFIT Bucket** | **Disputed** | **$90,616.79** | **$80,000.00** | **$10,616.79** |
| **Heidelberg Materials Midwest AGG c/o Paul W. Carrol; Gould & Ratner 222 North LaSalle Street; Suite 300 Chicago, IL 60601** | | **Disputed alter ego lawsuit.** | **Disputed** | | | **$160,000.00** |
| **Illinois Secretary of State 501 S. Second Street 300 Howlett Bldg Springfield, IL 62756** | | **Fees** | | | | **$20,583.14** |

| Debtor | **Glide Logistics, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **James Shotwell c/o Nicholas Kreitman Kreitman Law 500 N LaSalle Dr. Ste 500 Chicago, IL 60654** | | **Claims for/related to contract breaches** | **Disputed** | | | **$3,750.00** |
| **JP Morgan Chase Credit Card P.O. Box 182051 Columbus, OH 43218-9766** | | | **Disputed** | | | **$20,294.44** |
| **Karla Brewer c/o Nicholas Kreitman Kreitman Law 500 N LaSalle Dr. Ste 500 Chicago, IL 60654** | | **Claims for/related to contract breaches** | **Disputed** | | | **$1,250.00** |
| **Largent's Pilot Car Services 603 S. McKinley Street Casper, WY 82601** | | **Driver** | **Disputed** | | | **$1,979.15** |
| **Lavern Smith c/o Nicholas Kreitman Kreitman Law 500 N LaSalle Dr. Ste 500 Chicago, IL 60654** | | **Claims for/related to contract breaches** | **Disputed** | | | **$1,050.00** |
| **Look Up Pilot Car Service 5765 Line Road Ethel, LA 70730** | | **Driver** | **Disputed** | | | **$1,570.50** |
| **Mohave Transportation Insuance Co. C/O Morgan, Cohen et al 7225 N. Mona Lisa Rd.; Suite 200 Tucson, AZ 85741** | | **Insurance** | **Disputed** | | | **$60,446.18** |
| **PACCAR Financial Documents 750 Houser Way N Renton, WA 98058** | **pfc.midwest.docusign@paccar.com** | **2017 Kenworth Sleeper Tractor VIN# 1XKYDP9X1HJ145 395** | **Disputed** | **$40,306.31** | **$35,000.00** | **$5,306.31** |
| **Pilot Travel Centers LLC** | | **Personal Property covered by Citation to Discover Assets** | **Disputed** | **$22,214.00** | **$0.00** | **$22,214.00** |

Debtor   **Glide Logistics, Inc.**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rodney Akers, II c/o Nicholas Kreitman Kreitman Law 505 North La Salle Dr. Ste. 500 Chicago, IL 60654** | | **Claims for/related to contract breaches** | **Disputed** | | | **$1,750.00** |
| **State of Connecticut Dept of Ergcy Serv & Pub Protection 1111 Country Club Road Middletown, CT 06457-9294** | | **Benefit Collection; Disputed as subject to confirmation.** | **Disputed** | | | **$11,088.28** |
| **The Small Business Administration** | | **The Debtor has not been able to locate its SBA loan agreement, and in the meantime is treating the SBA as having a lien only on its office equipment a** | | **$150,000.00** | **$0.00** | **$150,000.00** |
| **Vidalia Dispatch Service Inc. P.O. Box 833 Royse City, TX 75189** | | **Driver** | **Disputed** | | | **$6,552.97** |

**Fill in this information to identify the case:**

Debtor name __**Glide Logistics, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.......................................................................................................    $ _____ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...................................................................................................    $ _____ 1,220,786.44

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.....................................................................................................    $ _____ 1,220,786.44

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 734,187.70

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____ 316,659.19

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $ _____ 1,050,846.89

**Fill in this information to identify the case:**

Debtor name   **Glide Logistics, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**       **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **JPMorgan Chase Bank, N.A.** | **Checking** | 5362 | $17,732.44 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**      $17,732.44
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**       **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**       **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.      **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 484,375.05 | - | 484,375.05 =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | |

Debtor    **Glide Logistics, Inc.**                                    Case number *(If known)* _____
           Name

12.    **Total of Part 3.**                                                                      | $0.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** **Four (4) computers @ $1,300 each; eight (8) computer screens at $368 each; two (2) desk chairs @ $320 each; two (2) office decks @ @$256 each; and two (2) printers @ $379 each. The value are the purchase prices and unlikely to bring near that amount on a liquidation.** | $0.00 | Recent cost | $10,054.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                      | $10,054.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☑ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No

Debtor **Glide Logistics, Inc.**     Case number *(If known)* _____

    Name

☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Aluminum Drop Deck trailer VIN# 1TTE533A0M3262588 and Aluminum Drop Deck trailer VIN# 1TTE533A3M3262584** | $0.00 | Comparable sale | $90,000.00 |
| 47.2. **Aluminum Drop Deck Trailer VIN# 1TTE532A1M3240648; Aluminum Drop Deck Trailer VIN# 1TTE532A1M3240651** | $0.00 | Comparable sale | $90,000.00 |
| 47.3. **2019 Globe Low Boy VIN# 1G9BN5830KB336766; 2019 Globe Axle VIN# 1G9XY0518KB336767; 2018 XL Specialized Low Boy VIN# 4US00516JL017028; 2018 Specialized Azle 4U3S00516JL017029** | $0.00 | Comparable sale | $190,000.00 |
| 47.4. **2020 Benson Steel Drop Deck VIN# 1TTE533A3L3234864** | $0.00 | Comparable sale | $45,000.00 |
| 47.5. **2021 Western Star Heavy Sleeper Tractor VIN# 5KJNALD15MPMH5274** | $0.00 | Comparable sale | $137,000.00 |
| 47.6. **2021 Western Star Heavy Haul Sleeper Tractor VIN# 5KNALD13MPMH5273** | $0.00 | Comparable sale | $137,000.00 |
| 47.7. **2017 Kenworth Sleeper Tractor VIN# 1XKYDP9X9HJ145418; 2017 Kenworth Sleeper Tractor VIN# 1XKYDP9X9HJ145411**<br><br>**Note: The $8,600 claim on the 3 Commercial Credit Loans is the same $8,600, but applies to all of them and is comprised of late fees and/or similar such charges on the loans that otherwise are fully paid.** | $0.00 | Comparable sale | $60,000.00 |
| 47.8. **2021 Benson Drop Deck Trailer VIN# 1TTE532A8M3267006** | $0.00 | Comparable sale | $45,000.00 |

Debtor    **Glide Logistics, Inc.**    Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.9. | **2022 Kaufman Trailer VIN# 1K9FR362NB367497; 2022 Kaufman Trailer VIN# 1K9FR362NB367498** | $0.00 | Comparable sale | $144,000.00 |
| 47.10. | **2017 Telehandler; 2YD QFIT Bucket** | $0.00 | Comparable sale | $80,000.00 |
| 47.11. | **2017 Kenworth Sleeper Tractor VIN# 1XKYDP9X8HJ145376 and 2017 Kenworth Sleeper Tractor VIN# 1XKYDP9X4HJ145388** | $0.00 | Comparable sale | $60,000.00 |
| 47.12. | **Kenworth Sleeper VIN#1XKAD49X2EJ407310** | $0.00 | Comparable sale | $80,000.00 |
| 47.13. | **2017 Kenworth Sleeper Tractor VIN# 1XKYDP9X1HJ1145395** | $0.00 | | $35,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.

       $1,193,000.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.

Debtor    **Glide Logistics, Inc.**
Name

Case number *(If known)*

☐ Yes Fill in the information below.

Debtor     **Glide Logistics, Inc.**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,732.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,054.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,193,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,220,786.44 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,220,786.44 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Glide Logistics, Inc.** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Auxilior Capital Partners, Inc.**<br>Creditor's Name<br>**620 West Germantown Pike, Ste 450 Plymouth Meeting, PA 19462**<br>Creditor's mailing address<br><br>**mbell@servicehqtrs.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**06/2/2021**<br>**Last 4 digits of account number**<br>**4558**<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Aluminum Drop Deck trailer VIN# 1TTE533A0M3262588 and Aluminum Drop Deck trailer VIN# 1TTE533A3M3262584**<br><br>Describe the lien<br>**Security Agreement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $40,833.54 | $90,000.00 |
| **2.2** **Auxilior Capital Partners, Inc.**<br>Creditor's Name<br>**620 West Germantown Pike, Ste 450 Plymouth Meeting, PA 19462**<br>Creditor's mailing address<br><br>**mbell@servicehqtrs.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred** | Describe debtor's property that is subject to a lien<br>**Aluminum Drop Deck Trailer VIN# ITTE532A1M3240648; Aluminum Drop Deck Trailer VIN# 1TTE532A1M3240651**<br><br>Describe the lien<br>**Security Agreement**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $45,783.54 | $90,000.00 |

Debtor  **Glide Logistics, Inc.** _____   Case number (if known) _____

Name

Last 4 digits of account number
**4558**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 | **BMO Harris Bank NA** | | **$93,605.00** | **$190,000.00** |

Creditor's Name

Describe debtor's property that is subject to a lien
**2019 Globe Low Boy -
VIN#1G9BN5830KB336766
2019 Globe Axle - VIN# 1G9XY0518KB336767
2018 XL Specialized Low Boy Vin#
4U3S00516JL017028
2018 Specialized Axle 4U3S00516JL017029**

**300 E John Carpenter
Freeway
Irving, TX 75062-2712**

Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

**dana.landstrum@bmo.com**

Creditor's email address, if known

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

Date debt was incurred
**1/25/2021**

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Last 4 digits of account number
**4325**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

---

| 2.4 | **BMO Harris Bank NA** | | **$18,504.00** | **$45,000.00** |

Creditor's Name

**300 E John Carpenter
Freeway
Irving, TX 75062-2712**

Describe debtor's property that is subject to a lien
**2020 Benson Steel Drop Deck Vin#
1TTE533A3L3234864**

Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

**dana.landstrum@bmo.com**

Creditor's email address, if known

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

Date debt was incurred
**3/10/2020**

■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

Last 4 digits of account number
**4325**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

---

| 2.5 | **BMO Harris Bank NA** | Describe debtor's property that is subject to a lien | **$59,414.00** | **$137,000.00** |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 7

Debtor    **Glide Logistics, Inc.**    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name | |
| **300 E John Carpenter Freeway** **Irving, TX 75062-2712** | **2021 Western Star Tractor Sleeper Heavy Vin#5KJNALD15MPMH5274** |
| Creditor's mailing address | |

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**

**dana.landstrum@bmo.com**
_____
Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2/8/2021**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4325**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Commercial Credit Group INC** | Describe debtor's property that is subject to a lien | $28,574.00 | $137,000.00 |
|---|---|---|---|---|

Creditor's Name
**2135 City Gate Lane, Ste 440**
**Naperville, IL 60563**
_____
Creditor's mailing address

**2021 Western Star Heavy Haul Sleeper Tractor Vin# 5KJNALD13MPMH5273**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**

**jsmith@commercialcreditg roup.com**
_____
Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2/15/2021**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8881**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Commercial Credit Group INC** | Describe debtor's property that is subject to a lien | $1.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**2135 City Gate Lane, Ste 440**
**Naperville, IL 60563**
_____
Creditor's mailing address

**2017 Kenworth Sleeper Tractor Vin#1XKYDP9X9HJ145418 and Kenworth Sleeper Tractor VIN # 1XKYDP9X9HJ145411 2017 Kenworth Sleeper Tractor Vin#1XKYDP9X9HJ145411**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**

**jsmith@commercialcreditg roup.com**
_____
Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

Debtor  **Glide Logistics, Inc.**                                                      Case number (if known) _____

Name

**6/15/2021**
**Last 4 digits of account number**
**8881**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Commercial Credit Group INC** | **Describe debtor's property that is subject to a lien** | $1.00 | $60,000.00 |

Creditor's Name

**2017 Kenworth Sleeper Tractor Vin#1XKYDP9X8HJ145376; and 2017 Kenworth Sleeper Tractor VIN# 1XKYDP9X4HJ145388**
**2017 Kenworth Sleeper Tractor Vin#1XKYDP9X4HJ145388**

**2135 City Gate Lane, Ste 440**
**Naperville, IL 60563**

Creditor's mailing address

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**jsmith@commercialcreditgroup.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/5/2021**
**Last 4 digits of account number**
**8881**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **ENGS Commercial Finance Co.** | **Describe debtor's property that is subject to a lien** | $28,817.95 | $45,000.00 |

Creditor's Name

**2021 Benson Drop Deck Trailer (New) Vin# 1TTE532A8M3267006**

**One Pierce Place, Ste 1100**
**Itasca, IL 60143**

Creditor's mailing address

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**ksmith@mhccna.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/16/2021**
**Last 4 digits of account number**
**3124**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Debtor    **Glide Logistics, Inc.**                                          Case number *(if known)*
_____
Name

---

| 2.1 0 | **Financial Pacific Leasing** | Describe debtor's property that is subject to a lien | $5,434.18 | $80,000.00 |

Creditor's Name

**PO Box 848779**
**Los Angeles, CA**
**90084-8779**

Creditor's mailing address

**jheikes@finpac.com**

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**
**8301**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Kenworth Sleeper VIN#1XKAD49X2EJ407310**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 1 | **First Citizens Bank & Trust Company** | Describe debtor's property that is subject to a lien | $110,082.39 | $144,000.00 |

Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**

Creditor's mailing address

**kristopher.tozier@cit.com**

Creditor's email address, if known

**Date debt was incurred**
**11/21/2022**
**Last 4 digits of account number**
**6719**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2022 Kaufman Trailer VIN# 1K9FR362NB367497; 2022 Kaufman Trailer VIN# 1K9FR362NB367498**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **First Citizens Bank & Trust Company** | Describe debtor's property that is subject to a lien | $90,616.79 | $80,000.00 |

Creditor's Name

**155 Commerce Way**
**Portsmouth, NH 03801**

Creditor's mailing address

**kristopher.tozier@cit.com**

Creditor's email address, if known

**Date debt was incurred**

**2017 Telehandler; 2YD QFIT Bucket**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 7

Debtor   **Glide Logistics, Inc.**                                        Case number (if known) _____

**11/01/2022**
**Last 4 digits of account number**
**6719**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.13 | **PACCAR Financial Documents** | | $40,306.31 | $35,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2017 Kenworth Sleeper Tractor VIN# 1XKYDP9X1HJ145395**

**750 Houser Way N**
**Renton, WA 98058**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

**pfc.midwest.docusign@paccar.com**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/25/2022**
**Last 4 digits of account number**
**5203**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.14 | **Pilot Travel Centers LLC** | | $22,214.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Personal Property covered by Citation to Discover Assets**

Creditor's mailing address

**Describe the lien**
**Citation to Discover Assets; Case No. 23 AR 505; Cir. Ct. Will County, IL**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.15 | **The Small Business Administration** | | $150,000.00 | $0.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Debtor    **Glide Logistics, Inc.**
_____    Case number (if known) _____
Name

| Creditor's Name | **The Debtor has not been able to locate its SBA loan agreement, and in the meantime is treating the SBA as having a lien only on its office equipment and furniture with no liquidation value. The Debtor will amend this entry if necessary.** |

Creditor's mailing address

**Describe the lien**
**Security Agreement**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/22/2020**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$734,187.70** |

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **C. Willer/A. Leventhal; Reed Smith**<br>**10 S. Wacker Drive**<br>**40th Floor**<br>**Chicago, IL 60606-7507** | Line __2.3__ | |
| **C. Willer/A. Leventhal; Reed Smith**<br>**10 S. Wacker Drive**<br>**40th Floor**<br>**IL 60066-7507** | Line __2.5__ | |
| **C. Willer/A.Levanthal; Reed Smith**<br>**10 S. Wacker Drive**<br>**40th Floor**<br>**Chicago, IL 60607-7507** | Line __2.4__ | |
| **David Hiben, Esq.;Teller Levit**<br>**19 S. LaSalle Street**<br>**Suite 701**<br>**Chicago, IL 60603** | Line __2.14__ | |

**Fill in this information to identify the case:**

Debtor name **Glide Logistics, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.00 |
|---|---|---|---|
| | Allen Vantassell<br>c/o Nicholas Kreitman Kreitman Law<br>500 N LaSalle Dr. Ste 500<br>Chicago, IL 60654 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  Claims for/related to contract breaches<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,393.93 |
|---|---|---|---|
| | American Express<br>P.O. Box 6031<br>Carol Stream, IL 60197-6031 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,407.50 |
|---|---|---|---|
| | Arrow Roadrunner Pilot Car Srv LLC<br>708 CR 2140<br>Quitman, TX 75783 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was<br>incurred  Invoice Nos 2209 and 2212<br>Last 4 digits of account number _ | Basis for the claim:  Driver<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|
| | Broadus Pilot Car Service, LLC<br>P.O. Box 235<br>Broadus, MT 59317 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  March 29, 2023 Invoice<br>Last 4 digits of account number _ | Basis for the claim:  Driver<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Glide Logistics, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

CTC Pilot Cars LLC
87 Arias Way
Hot Springs Village, AR 71909

Date(s) debt was incurred **September 16, 2022 Invoice**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Driver**

Is the claim subject to offset? ■ No ☐ Yes

**$3,755.60**

---

**3.6** | Nonpriority creditor's name and mailing address

E.T. Transport, LLC
2543 Hanway Avenue
Casper, WY 82604

Date(s) debt was incurred **June 4, 2021 Invoice**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Driver**

Is the claim subject to offset? ■ No ☐ Yes

**$962.50**

---

**3.7** | Nonpriority creditor's name and mailing address

Heidelberg Materials Midwest AGG
c/o Paul W. Carrol; Gould & Ratner
222 North LaSalle Street; Suite 300
Chicago, IL 60601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Disputed alter ego lawsuit.**

Is the claim subject to offset? ■ No ☐ Yes

**$160,000.00**

---

**3.8** | Nonpriority creditor's name and mailing address

Illinois Secretary of State
501 S. Second Street
300 Howlett Bldg
Springfield, IL 62756

Date(s) debt was incurred **As of 2025**

Last 4 digits of account number **2901**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$20,583.14**

---

**3.9** | Nonpriority creditor's name and mailing address

James Shotwell
c/o Nicholas Kreitman Kreitman Law
500 N LaSalle Dr. Ste 500
Chicago, IL 60654

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Claims for/related to contract breaches**

Is the claim subject to offset? ■ No ☐ Yes

**$3,750.00**

---

**3.10** | Nonpriority creditor's name and mailing address

James Stinson
c/o Nicholas Kreitman Kreitman Law
505 North La Salle Dr. Ste. 500
Chicago, IL 60654

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Claims for/related to breach of contract**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.11** | Nonpriority creditor's name and mailing address

JP Morgan Chase Credit Card
P.O. Box 182051
Columbus, OH 43218-9766

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,294.44**

---

| Debtor | **Glide Logistics, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,250.00**

**Karla Brewer**
**c/o Nicholas Kreitman Kreitman Law**
**500 N LaSalle Dr. Ste 500**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Claims for/related to contract breaches**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,979.15**

**Largent's Pilot Car Services**
**603 S. McKinley Street**
**Casper, WY 82601**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **06/02/2021-06/06/2021**

Basis for the claim: **Driver**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00**

**Lavern Smith**
**c/o Nicholas Kreitman Kreitman Law**
**500 N LaSalle Dr. Ste 500**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Claims for/related to contract breaches**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,570.50**

**Look Up Pilot Car Service**
**5765 Line Road**
**Ethel, LA 70730**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was
incurred  **October 14, 2022 Invoice**

Basis for the claim: **Driver**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,446.18**

**Mohave Transportation Insuance Co.**
**C/O Morgan, Cohen et al**
**7225 N. Mona Lisa Rd.; Suite 200**
**Tucson, AZ 85741**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **(By) 02/03/2025**

Basis for the claim: **Insurance**

Last 4 digits of account number  **7058**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**PrePass Service Center**
**2500 South 3850 West**
**Suite C**
**Salt Lake City, UT 84120**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **TBD but 2021 estimated**

Basis for the claim: **Toll road payment services. Tolls are calculated on a rolling basis. The present known claim is zero. However, it is likely that tolls have been calculated by the provider but not billed.**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00**

**Rodney Akers, II**
**c/o Nicholas Kreitman Kreitman Law**
**505 North La Salle Dr. Ste. 500**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Claims for/related to contract breaches**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Glide Logistics, Inc.** | Case number *(if known)* | |
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,088.28** |
| | **State of Connecticut** | ☐ Contingent | |
| | **Dept of Ergcy Serv & Pub Protection** | ☐ Unliquidated | |
| | **1111 Country Club Road** | ■ Disputed | |
| | **Middletown, CT 06457-9294** | | |
| | Date(s) debt was incurred **As of August, 2021** | Basis for the claim: **Benefit Collection; Disputed as subject to confirmation.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,552.97** |
| | **Vidalia Dispatch Service Inc.** | ☐ Contingent | |
| | **P.O. Box 833** | ☐ Unliquidated | |
| | **Royse City, TX 75189** | ■ Disputed | |
| | Date(s) debt was incurred **October 12, 2022** | Basis for the claim: **Driver** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Paul W. Carrol, Esq. Gould & Ratner** **222 N. LaSalle Street** **Suite 300** **Chicago, IL 60601** | Line **3.7** <br><br> ☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 316,659.19 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 316,659.19 |

**Fill in this information to identify the case:**

Debtor name   **Glide Logistics, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Employment Contract** | |
| State the term remaining **6 years 9 months** | **Alina Nastas** |
| List the contract number of any government contract | **17758 S. Robet Emmett Drive** **Homer Glen, IL 60491** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Lease for 2021 Western Star Tractor VIN# 5KJNALD15MPMH5274** | |
| State the term remaining **March 1, 2029 or 30 day notice** | **Glide Express LLC** |
| List the contract number of any government contract | **17758 S. Robet Emmett Drive** **Homer Glen, IL 60491** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Lease for 2021 Benson Drop Deck VIN# 1TTE532A1M3240651** | |
| State the term remaining **June 1, 2028 or 30 day notice** | **Glide Express LLC** |
| List the contract number of any government contract | **17758 S. Robet Emmett Drive** **Homer Glen, IL 60491** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Lease for 2021 Benson Drop Deck Serial Number 1TTE533A0M3262588** | |
| State the term remaining **June 1, 2029 or 30 day notice** | **Glide Express LLC** |
| List the contract number of any government contract | **17758 S. Robet Emmett Drive** **Homer Glen, IL 60491** |

Debtor 1   **Glide Logistics, Inc.**                                          Case number *(if known)* _____
            First Name        Middle Name         Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for 2020 Benson Drop Deck Serial Number 1TTE533A3L3234864**<br>**May 1, 2028 or 30 day notice**<br><br>**Glide Express LLC**<br>**17758 S. Robet Emmett Drive**<br>**Homer Glen, IL 60491** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br><br><br><br><br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for 2019 Globe Low Boy VIN# 1G9BN5830KB336766, 2019 Globe Axle Serial No. 1G9Y0518KB336767, 2018 XL Specialized Low Boy VIN# 4U3J05032JL017027, 2018 XL Specialized Axle VIN# 4U3S00516JL017028, and 2018 XL Specialized Axle VIN# 4U3S00516JL017029**<br>**June 1, 2029 or 30 day notice**<br><br>**Glide Express LLC**<br>**17758 S. Robet Emmett Drive**<br>**Homer Glen, IL 60491** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for Kenworth Tractor VIN# 1XKYDP9X1HJ145395**<br><br>**October 1, 2028 or 30 day notice**<br><br>**Glide Express LLC**<br>**17758 S. Robet Emmett Drive**<br>**Homer Glen, IL 60491** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for 2020 Benson Drop Deck VIN# 1TTE532A8M3267006**<br><br>**April 1, 2028 or 30 day notice**<br><br>**Glide Express LLC**<br>**17758 S. Robet Emmett Drive**<br>**Homer Glen, IL 60491** |

| Debtor 1 | **Glide Logistics, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Kaufman Trailer VIN# 1K9FR362NB367497 and Kaufman Trailer VIN# 1K9FR362NB367497** | |
| | State the term remaining | **November 1, 2029 or 30 day notice** | **Glide Express LLC** |
| | List the contract number of any government contract | | **17758 S. Robet Emmett Drive** **Homer Glen, IL 60491** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2021 Western Star 70" Heavy Haul Sleepr Tractor Serial No. 5KJNALD13MPMH5273** | |
| | State the term remaining | **March 1, 2029 or 30 day notice** | **Glide Express LLC** |
| | List the contract number of any government contract | | **17758 S. Robet Emmett Drive** **Homer Glen, IL 60491** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2017 Kenworth Tractor VIN # Serial No. 1XKYDP9X9HJ145418 and 2017 Kenworth Tractor VIN# 1XKYDP9X6HJ145411** | |
| | State the term remaining | **December 1, 2028 or 30 day notice** | **Glide Express LLC** |
| | List the contract number of any government contract | | **17758 S. Robet Emmett Drive** **Homer Glen, IL 60491** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Kenworth Tractor; Serial No. 1XKAD49X2EJ407310** | |
| | State the term remaining | **October 1, 2028** | **Glide Express LLC** |
| | List the contract number of any government contract | | **17758 S. Robert Emmett Drive** **Homer Glen, IL 60491** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 2017 Telehandler.** | |
| | State the term remaining | **March 1, 2029 or 30 day notice** | **Glide Express LLC** |
| | List the contract number of any government contract | | **17758 S. Robert Emmett Drive** **Homer Glen, IL 60491** |

Debtor 1    **Glide Logistics, Inc.**                                          Case number *(if known)* _____
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Forbearance Agreement on lease payments owed by Glide Express LLC to the Debtor.**<br><br>State the term remaining — **Until defaulted payments are paid.**<br><br>List the contract number of any government contract | **Glide Express LLC**<br>**17758 S. Robert Emmett Dr.**<br>**Homer Glen, IL 60491** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Lease for Kenworth Tractor VIN# 1XKYDP9X8HJ145376 and Kenworth Tractor VIN# 1XKYDP9X4HJ145388**<br><br>State the term remaining — **April 1, 2028 or 30 day notice**<br><br>List the contract number of any government contract | **Glide Expresss LLC**<br>**17758 S. Robet Emmett Drive**<br>**Homer Glen, IL 60491** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Toll payment services.**<br><br>State the term remaining — **At will by Provider/30 days by Customer**<br><br>List the contract number of any government contract | **PrePass Service Center**<br>**2500 South 3850 West**<br>**Suite C**<br>**Salt Lake City, UT 84120** |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Glide Logistics, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Alina Nastas** | | **BMO Harris Bank NA** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Alina Nastas** | | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.3 | **Alina Nastas** | | **Auxilior Capital Partners, Inc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Alina Nastas** | | **Commercial Credit Group INC** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Alina Nastas** | **17758 S. Robet Emmett Drive Homer Glen, IL 60491** | **ENGS Commercial Finance Co.** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Glide Logistics, Inc.** | Case number *(if known)* |
|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Alina Nastas | 17758 S. Robet Emmett Drive Homer Glen, IL 60491 | First Citizens Bank & Trust Company | ■ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.7 | Alina Nastas | 17758 S. Robet Emmett Drive Homer Glen, IL 60491 | JP Morgan Chase Credit Card | ☐ D _____ ■ E/F ___3.11___ ☐ G _____ |
| 2.8 | Alina Nastas | 17758 S. Robet Emmett Drive Homer Glen, IL 60491 | PACCAR Financial Documents | ■ D ___2.13___ ☐ E/F _____ ☐ G _____ |
| 2.9 | Alina Nastas | 17758 S. Robet Emmett Drive Homer Glen, IL 60491 | The Small Business Administration | ■ D ___2.15___ ☐ E/F _____ ☐ G _____ |
| 2.10 | Alina Nastas | 17758 S. Robet Emmett Drive Homer Glen, IL 60491 | Pilot Travel Centers LLC | ■ D ___2.14___ ☐ E/F _____ ☐ G _____ |
| 2.11 | Alina Nastas | 17758 S. Robert Emmett Drive Homer Glen, IL 60491 | BMO Harris Bank NA | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.12 | Alina Nastas | 17758 S. Robert Emmett Drive Homer Glen, IL 60491 | BMO Harris Bank NA | ■ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.13 | Alina Nastas | 17758 S. Robert Emmett Drive Homer Glen, IL 60491 | BMO Harris Bank NA | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Glide Logistics, Inc.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Alina Nastas** | **17758 S. Robet Emmett Drive**<br>**Homer Glen, IL 60491** | **Commercial Credit Group INC** | ■ D __**2.6**__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Alina Nastas** | **17758 S. Robet Emmett Drive**<br>**Homer Glen, IL 60491** | **Commercial Credit Group INC** | ■ D __**2.7**__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Alina Nastas** | **17758 S. Robet Emmett Drive**<br>**Homer Glen, IL 60491** | **Commercial Credit Group INC** | ■ D __**2.8**__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Alina Nastas** | **17758 S. Robet Emmett Drive**<br>**Homer Glen, IL 60491** | **ENGS Commercial Finance Co.** | ■ D __**2.9**__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Alina Nastas** | **17758 S. Robet Emmett Drive**<br>**Homer Glen, IL 60491** | **PACCAR Financial Documents** | ■ D __**2.13**__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Alina Nastas** | **17758 S. Robet Emmett Drive**<br>**Homer Glen, IL 60491** | **The Small Business Administration** | ■ D __**2.15**__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Alina Nastas and Ivan Salari** | **17758 S. Robet Emmett Drive**<br>**Homer Glen, IL 60491**<br>**Listing of Co-Debtors is not Debtor's admission that any of them is liable on the claim.** | **Rodney Akers, II** | ☐ D _____<br>■ E/F __**3.18**__<br>☐ G _____ |

| Debtor | **Glide Logistics, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.21 | **Alina Nastas and Ivan Salari** | **17758 S. Robet Emmett Drive** Listing of Co-Debtor's is not Debtor's agreement that any of them is liable on the claim. | **Karla Brewer** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |

| 2.22 | **Alina Nastas and Ivan Salari** | **17758 S. Robet Emmett Drive Homer Glen, IL 60491** Listing of Co-Debtors is not an admission by Debtor that any of them is liable on the claim. | **James Shotwell** | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |

| 2.23 | **Alina Nastas and Ivan Salari** | **17758 S. Robet Emmett Drive Homer Glen, IL 60491** Listing of Co-Debtors is not an admission by Debtor that any of them is liable on the claim. | **Lavern Smith** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |

| 2.24 | **Alina Nastas and Ivan Salari** | **17758 S. Robet Emmett Drive Homer Glen, IL 60491** Listing of Co-Debtors is not an admission by Debtor that any of them is liable on the claim. | **James Stinson** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| 2.25 | **Alina Nastas and Ivan Salari** | **17758 S. Robet Emmett Drive Homer Glen, IL 60491** Listing of Co-Debtors is not an admission by Debtor that any of them is liable on the claim. | **Allen Vantassell** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

| 2.26 | **Ivan Salari** | **17758 S. Robet Emmett Drive Homer Glen, IL 60491** Listing of Co-Debtors is not an admission by Debtor that any of them is liable on the claim. | **Heidelberg Materials Midwest AGG** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Glide Logistics, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$1,468,233.00** |
   | **For the fiscal year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,580,716.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

| Debtor | Glide Logistics, Inc. | | Case number *(if known)* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** | Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **BMO Bank N.A. v. Glide Logistics Inc. and Alina Nastas<br>2024LA000684** | **Breach of Contract and related claims to collect amounts due on loan secured by equipment.** | **State of Illinois, Circuit Court<br>100 W. Jefferson Street<br>Joliet, IL 60432** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Rodney Akers, II, Karla Brewer, James Shotwell, Lavern Smith, James Stinson, Allen Vantassell, Plaintiffs,<br><br>v.<br><br>Glide Logistics, Inc, Alina Nastas a/k/a Alina Salari, and Ivan Salari a/k/a Nicholas Solarai, Defendants.<br>1:24-cv-07893** | **Claims under various theories on behalf of drivers for alleged incorrect deductions from payments owed to them.** | **US Dist. Ct. N.D. IL<br>219 S. Dearborn Street<br>Chicago, IL 60604** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Glide Logistics, Inc.**                                                        Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Heidelberg Materials Midwest AGG, Inc. f/k/a Hanson Aggregates Midwest, Inc., Plaintiff,**<br><br>**v.**<br><br>**Ivan Salari, and Glide Logistics Inc., Defendants.**<br>**2024L009010** | | **Circuit Court of Cook County, Illinois**<br>**50 W. Washington Street**<br>**Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Martell Electric, LLC v. Glide Logistics LLC**<br>**71D07-2301-SC-000379** | | **St. Joseph Superior Court**<br>**101 S Main St**<br>**South Bend, IN 46601** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. **Pilot Travel Centers, LLC, a limited liability company d/b/a Pilot Flying J Direct Bill, Plaintiff,**<br><br>**v.**<br><br>**Glide Logistics Inc., a corporation, Defendants.**<br>**23AR-505** | **Collection of trade credit extended; judgment for Plaintiff entered and Citation to Discover Assets pending.** | **Circuit Court for the 12th Judicial Cir.**<br>**Will County - Joliet, Illinois**<br>**100 W. Jefferson**<br>**Joliet, IL 60432** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Martel Electric, LLC v. Glide Logistics, Inc., v. Glide Logistics, Inc**<br>**2023SC004288** | **Citation to Discover Assets re: Martel Electric, LLC v. Glide Logistics, Inc., v. Glide Logistics, Inc., from a judgment entered for Plaintiff in Case No. 71D07-2301-SC-000379 from St. Joseph Indiana Small Claims Division 71D07-2301-SC-000379** | **Circuit Court of Will County, Illinois**<br>**100 W. Jefferson Street**<br>**Joliet, IL 60432** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | **Glide Logistics, Inc.** | Case number *(if known)* | |

---

**Part 5:**   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

Debtor    **Glide Logistics, Inc.**                                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

<div style="background:black; color:white">**Part 9:**</div> **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

<div style="background:black; color:white">**Part 10:**</div> **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

<div style="background:black; color:white">**Part 11:**</div> **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

<div style="background:black; color:white">**Part 12:**</div> **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

| Debtor | Glide Logistics, Inc. | Case number *(if known)* |
|---|---|---|

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

Debtor    **Glide Logistics, Inc.**                                      Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Glide Logistics, Inc.** _____     Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 2, 2025** _____

**/s/ Alina Nastas** _____          **Alina Nastas** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Glide Logistics, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.    The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
          **See Attached Retention Agreement**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  2, 2025**

*Date*

**/s/ Keevan D. Morgan**
**Keevan D. Morgan**
*Signature of Attorney*
**Morgan & Bley, Ltd.**
**900 W. Jackson Blvd.**
**Suite 4 East**
**Chicago, IL 60607**
**3122430006**
**kmorgan@morganandbleylimited.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Glide Logistics, Inc.** _____    Case No. _____
                                    Debtor(s)                    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alina Nastas**<br>**17758 S. Robet Drive**<br>**Homer Glen, IL 60491** | **Common** | **100%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March  2, 2025** _____      Signature   **/s/ Alina Nastas** _____
                                                                 **Alina Nastas**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Glide Logistics, Inc.**                                        Case No.
                                          Debtor(s)       Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **44**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March  2, 2025**                    **/s/ Alina Nastas**
                                              **Alina Nastas**/**President**
                                              Signer/Title

Alina Nastas
17758 S. Robet Emmett Drive
Homer Glen, IL 60491


Alina Nastas



Alina Nastas
17758 S. Robert Emmett Drive
Homer Glen, IL 60491


Alina Nastas and Ivan Salari
17758 S. Robet Emmett Drive
Homer Glen, IL 60491


Alina Nastas and Ivan Salari
17758 S. Robet Emmett Drive


Allen Vantassell
c/o Nicholas Kreitman Kreitman Law
500 N LaSalle Dr. Ste 500
Chicago, IL 60654


American Express
P.O. Box 6031
Carol Stream, IL 60197-6031


Arrow Roadrunner Pilot Car Srv LLC
708 CR 2140
Quitman, TX 75783


Auxilior Capital Partners, Inc.
620 West Germantown Pike, Ste 450
Plymouth Meeting, PA 19462


BMO Harris Bank NA
300 E John Carpenter Freeway
Irving, TX 75062-2712


Broadus Pilot Car Service, LLC
P.O. Box 235
Broadus, MT 59317

C. Willer/A. Leventhal; Reed Smith
10 S. Wacker Drive
40th Floor
Chicago, IL 60606-7507


C. Willer/A. Leventhal; Reed Smith
10 S. Wacker Drive
40th Floor
IL 60066-7507


C. Willer/A.Levanthal; Reed Smith
10 S. Wacker Drive
40th Floor
Chicago, IL 60607-7507


Commercial Credit Group INC
2135 City Gate Lane, Ste 440
Naperville, IL 60563


CTC Pilot Cars LLC
87 Arias Way
Hot Springs Village, AR 71909


David Hiben, Esq.;Teller Levit
19 S. LaSalle Street
Suite 701
Chicago, IL 60603


E.T. Transport, LLC
2543 Hanway Avenue
Casper, WY 82604


ENGS Commercial Finance Co.
One Pierce Place, Ste 1100
Itasca, IL 60143


Financial Pacific Leasing
PO Box 848779
Los Angeles, CA 90084-8779


First Citizens Bank & Trust Company
155 Commerce Way
Portsmouth, NH 03801

Glide Express LLC
17758 S. Robet Emmett Drive
Homer Glen, IL 60491


Glide Express LLC
17758 S. Robert Emmett Drive
Homer Glen, IL 60491


Glide Express LLC
17758 S. Robert Emmett Dr.
Homer Glen, IL 60491


Glide Expresss LLC
17758 S. Robert Emmett Drive
Homer Glen, IL 60491


Heidelberg Materials Midwest AGG
c/o Paul W. Carrol; Gould & Ratner
222 North LaSalle Street; Suite 300
Chicago, IL 60601


Illinois Secretary of State
501 S. Second Street
300 Howlett Bldg
Springfield, IL 62756


Ivan Salari
17758 S. Robet Emmett Drive
Homer Glen, IL 60491


James Shotwell
c/o Nicholas Kreitman Kreitman Law
500 N LaSalle Dr. Ste 500
Chicago, IL 60654


James Stinson
c/o Nicholas Kreitman Kreitman Law
505 North La Salle Dr. Ste. 500
Chicago, IL 60654


JP Morgan Chase Credit Card
P.O. Box 182051
Columbus, OH 43218-9766

Karla Brewer
c/o Nicholas Kreitman Kreitman Law
500 N LaSalle Dr. Ste 500
Chicago, IL 60654


Largent's Pilot Car Services
603 S. McKinley Street
Casper, WY 82601


Lavern Smith
c/o Nicholas Kreitman Kreitman Law
500 N LaSalle Dr. Ste 500
Chicago, IL 60654


Look Up Pilot Car Service
5765 Line Road
Ethel, LA 70730


Mohave Transportation Insuance Co.
C/O Morgan, Cohen et al
7225 N. Mona Lisa Rd.; Suite 200
Tucson, AZ 85741


PACCAR Financial Documents
750 Houser Way N
Renton, WA 98058


Paul W. Carrol, Esq. Gould & Ratner
222 N. LaSalle Street
Suite 300
Chicago, IL 60601


Pilot Travel Centers LLC


PrePass Service Center
2500 South 3850 West
Suite C
Salt Lake City, UT 84120


Rodney Akers, II
c/o Nicholas Kreitman Kreitman Law
505 North La Salle Dr. Ste. 500
Chicago, IL 60654

```
State of Connecticut
Dept of Ergcy Serv & Pub Protection
1111 Country Club Road
Middletown, CT 06457-9294


The Small Business Administration


Vidalia Dispatch Service Inc.
P.O. Box 833
Royse City, TX 75189
```

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Glide Logistics, Inc.**                                            Case No.
                                    Debtor(s)                              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Glide Logistics, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  2, 2025**
Date

**/s/ Keevan D. Morgan**
**Keevan D. Morgan**
Signature of Attorney or Litigant
Counsel for    **Glide Logistics, Inc.**
**Morgan & Bley, Ltd.**
**900 W. Jackson Blvd.**
**Suite 4 East**
**Chicago, IL 60607**
**3122430006**
**kmorgan@morganandbleylimited.com**